## Wentz *v.* Engineered Rentals, Inc., Appellant.

Before WENTLEY, J.

Argued November 13, 1974. *Barry M. Simpson,* with him *Harvey E. Robins,* and *Brennan, Robins & Daley,* for appellant; *H. Robbins* and *John W.*

*Latella,* with them *Cauley, Birsic & Conflenti,* for appellee.

Judgment affirmed.